**Order entered January 11, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00594-CR

**CHRISTOPHER MICHAEL ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 11
Dallas County, Texas
Trial Court Cause No. MA-1540272-N**

## ORDER

We **REINSTATE** this appeal.

A review of this appeal shows appellant's brief was due July 30, 2016. When the brief was not filed, we notified appellate counsel by postcards dated August 2, 2106 and August 22, 2016, instructing him to file appellant's brief along with a motion to extend time within ten days. On September 8, 2016, appellant filed a motion requesting an extension of time. We granted the motion and ordered the brief filed October 14, 2016. Thereafter, appellant did not file a brief or otherwise communicate with the Court.

On November 8, 2016, we abated this appeal for a hearing on why appellant's brief had not been filed and ordered the trial court to file findings by December 8, 2016. When we did not receive findings or any indication a hearing had been held, we sent the trial court a January 6,

2017 letter, asking for a status update. On January 10, 2017, the trial court filed a supplemental reporter's record of a hearing held January 9, 2017.

In the January 9, 2017 hearing, the trial court begins by noting "for the record, on December 1, 2016, I provided the Court of Appeals an order of findings and recommendations in response to their request from November 8th." The Court has no such order in its record. Therefore, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's December 1, 2016 order of findings and recommendations.

During the hearing, appellate counsel stated he had been unable to complete the brief because he "had been working on other appeals and been in some trials," his family had to leave their house because of water damage and he had been trying to get the house repaired, and he came down with a respiratory infection during Christmas. Counsel also stated he had "actually notified this Court of those issues back in December." As is the case with the trial court's December 1 order, our record does not contain any correspondence or motion for extension of time filed by appellate counsel during the months of October, November, December, or to date, January. Furthermore, a review of the e-filing portal for that same time shows nothing was filed and rejected in this case.

We **ADOPT** the trial court's finding that appellate counsel needs two additional weeks in which to file appellant's brief and **ORDER** appellant's brief filed no later than **January 25, 2017**. If appellant's brief is not filed by the date specified, the Court will utilize the remedies available to it, which may include ordering that Jeff Buchwald be removed as appellant's appointed attorney and ordering the trial court to appoint new counsel to represent appellant on appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Shequitta Kelly, Presiding Judge, Criminal District Court No. 11; Felicia Pitre, Dallas County District Clerk; Jeff Buchwald; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
JUSTICE